O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TEDDY WHITEFEATHER, | ) | Case No. CV 09-07915 DDP (JCx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE REGARDING** |
| | ) | **TIMELINESS OF NOTICE OF REMOVAL** |
| v. | ) | |
| | ) | |
| UNISYS CORPORATION; SYLVIA LATSON, an individual; JOHN LUJAN, an individual, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The federal removal statute provides that a defendant must file a notice of removal within thirty days of ascertaining that the case is removable. See 28 U.S.C. § 1446(b). Upon reviewing the Notice of Removal in this case, it is not clear to the Court when Defendant Unisys Corporation came into possession of a document from which it ascertained that Defendants Sylvia Latson and John Lujan were fraudulently joined. Without supplemental information regarding the circumstances of Unisys's discovery, the Court cannot determine whether removal was proper.

///

1        Accordingly, the Court orders the parties to file supplemental
2   briefing, not to exceed eight (8) pages, within ten (10) days of
3   the date of this Order, to show cause why this case should not be
4   remanded to state court for failure to comply with the requirements
5   of 28 U.S.C. § 1446(b).  If a party does not file a brief, the
6   Court will regard that party as not opposing remand.

9   IT IS SO ORDERED.

12  Dated: January 12, 2010
                                          DEAN D. PREGERSON
13                                        United States District Judge